**Date signed February 12, 2004**



```
        /s/ Paul Mannes
        _____
              PAUL MANNES
        U. S. BANKRUPTCY JUDGE
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NKF ENGINEERING, INC. | : | Case No. 96-10777PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

**MEMORANDUM TO SPECIAL COUNSEL FOR TRUSTEE**

In reviewing the Third and Final Application for Approval of Compensation, the court would be assisted by a chart showing the time charged and the cost extensions for the hours said to be spent.  The Application is more helpful to the court if it is organized by tasks.

cc:
Lawrence P. Block, Esq., Stinson Morrison, 1150 18th Street, NW, #800, Washington DC 20036
Michael Wolff, Esq., 11300 Rockville Pike, Suite 408, Rockville, MD 20852
Paul-Michael Sweeney, Esq., 1010 Wayne Avenue, Suite 1000, Silver Spring, MD 20910
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770

**End of Memorandum**